IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| KAREN LONG, et al., Plaintiffs, vs. STEVE PETERSEN, et al., Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>Case No. 2:13-CV-260<br><br>Judge Dee Benson |

Before the court is the Report and Recommendation issued by United States Magistrate Judge Dustin B. Pead, recommending: (1) that the court dismiss Plaintiffs' complaint without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii); (2) that the court deem moot Plaintiffs' motion to amend the complaint; and (3) that the court deny Plaintiffs' motions to appoint counsel and to show cause.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the court ADOPTS the Report and Recommendation.

1

Accordingly, the court hereby ORDERS follows:

1. Plaintiffs' complaint is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii);

2. Plaintiffs' motion to amend the complaint is deemed MOOT;

3. Plaintiffs' motions to appoint counsel and to show cause are DENIED.

DATED this 7th day of March, 2014.

_____
Dee Benson
United States District Judge